UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Natalie Anderson, et al.

v. Civil No. 22-cv-264-JL

Patrick Donovan, et al.

**ORDER OF RECUSAL**

I hereby recuse myself from presiding over this case and request it be reassigned to another judge.

**SO ORDERED.**

Joseph N. Laplante
United States District Judge

Dated: July 20, 2022

cc: Natalie Anderson, pro se
Andre Bisasor, pro se