```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Natalie Anderson, et al

   v.                                                Case No. 22-cv-264-SE

Patrick Donovan, et al

## ORDER OF DISMISSAL

In accordance with the provisions of Federal Rule of Civil Procedure 41(b), this case is dismissed with prejudice for plaintiffs' failure to comply with the court's orders and failure to prosecute.

    SO ORDERED.

                                            _____
                                            Samantha D. Elliott
                                            United States District Judge

Date: August 2, 2023

cc:   Natalie Anderson, pro se
       Andre C. Bisasor, pro se