UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Natalie Anderson and Andre Bisasor, )<br>                                        )<br>     Plaintiffs,              )<br>                                        )<br>v.                                      )<br>                                        )<br>Patrick Donovan, New Hampshire Supreme Court, )<br>New Hampshire Rules Advisory Committee,    )<br>New Hampshire Professional Conduct Committee, )<br>Lorrie Platt,                            )<br>                                        )<br>     Defendants.            )| Case No. 1:22-cv-264-SE |

## MOTION TO INTERVENE

Craig S. Donais moves, pursuant to FRCP 24(a)(2) and (b)(1)(B), to intervene in the above matter on the following grounds:

1. Craig S. Donais is the attorney referenced throughout the complaint, and whose file the plaintiffs seek, giving rise to this lawsuit.

2. Craig S. Donais has an interest in the resolution of the claims and issues raised in this matter; in accordance with FRCP 24(c), his objection to the pending motion to reconsider is appended to this motion.  Exhibit 1.

3. Donais has been permitted to intervene in two pending state court actions related to this same subject matter.  Orders granting intervention are attached as Exhibits 2 and 3.

4. Accordingly, the Court may properly permit Craig S. Donais to intervene; no brief or memorandum in support of this motion is necessary, as the applicable rule governs the request.

5. A good faith attempt was made to obtain concurrence in this motion from the plaintiffs.

Respectfully submitted,

**Craig S. Donais,**

**By His Counsel,**

**UPTON & HATFIELD, LLP**

Date: September 13, 2023      By: /s/ Russell F. Hilliard
Russell F. Hilliard (NHBA #1159)
159 Middle Street
Portsmouth, NH 03801
(603) 436-7046
rhilliard@uptonhatfield.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was this day forwarded through the Court's electronic filing system to parties and counsel of record.

/s/ Russell F. Hilliard
Russell F. Hilliard