STATE OF NEW HAMPSHIRE

MERRIMACK COUNTY                                              SUPERIOR COURT

#217-2020-cv-00567

Natalie Anderson

v.

New Hampshire Attorney Discipline Office, et al.

## PARTIALLY ASSENTED TO MOTION TO INTERVENE

Craig S. Donais moves, pursuant to Rule 15, to intervene in the above matter on the following grounds:

1. Craig S. Donais is the respondent attorney in the underlying proceedings pending at the Professional Conduct Committee and the Complaint Screening Committee that give rise to this matter.

2. Craig S. Donais has an interest in the resolution of the claims and issues raised in this matter.

3. Accordingly, the Court may properly permit Craig S. Donais to intervene.

4. Counsel for the defendants assent to this motion. The plaintiff objects to the motion.

Granted

Honorable John C. Kissinger, Jr.
January 15, 2021

Clerk's Notice of Decision
Document Sent to Parties
on  01/19/2021

2

        Respectfully requested,

        **Craig S. Donais,**

        **By His Counsel,**

        **UPTON & HATFIELD, LLP**

Date:  November 20, 2020          By:  /s/ Russell F. Hilliard
        Russell F. Hilliard
        NHBA #1159
        159 Middle Street
        Portsmouth, NH  03801
        (603) 436-7046
        rhilliard@uptonhatfield.com

### CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was this day forwarded through the Court's electronic filing system to Natalie Anderson, *pro se,* and to all opposing counsel of record.

        /s/ Russell F. Hilliard
        Russell F. Hilliard