**STATE OF NEW HAMPSHIRE**

HILLSBOROUGH COUNTY                                       SUPERIOR COURT
SOUTHERN DISTRICT

#226-2021-CV-00599

Andre Bisasor

v.

Brian Moushegian, et al.

### PARTIALLY ASSENTED TO MOTION TO INTERVENE

Craig S. Donais moves, pursuant to Rule 15, to intervene in the above matter on the following grounds:

1. Donais is the respondent attorney in the underlying proceedings at the Professional Conduct Committee, and has intervened in the similar action filed by the plaintiff's wife in Merrimack County, now on appeal to the New Hampshire Supreme Court.

2. Donais has an interest in the resolution of the claims and issues raised in this matter.

3. Accordingly, the Court may properly permit Donais to intervene.

4. The plaintiff will object to this motion.

Granted (See record of May 30, 2023 hearing for reasons.)

*/s/ Charles S. Temple*

Honorable Charles S. Temple
May 30, 2023

Clerk's Notice of Decision
Document Sent to Parties
on   05/30/2023

Respectfully requested,

**Craig S. Donais,**

**By His Counsel,**

**UPTON & HATFIELD, LLP**

| | | |
|---|---|---|
| Date:  September 6, 2022 | By: | /s/ Russell F. Hilliard |
| | | Russell F. Hilliard |
| | | NHBA #1159 |
| | | 159 Middle Street |
| | | Portsmouth, NH  03801 |
| | | (603) 436-7046 |
| | | rhilliard@uptonhatfield.com |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was this day forwarded through the Court's electronic filing system to Andre Bisasor, *pro se,* and to all opposing counsel of record.

/s/ Russell F. Hilliard
Russell F. Hilliard