UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 22-cv-264-SE

2. TITLE OF CASE: Anderson et al v. Donovan et al

3. TYPE OF CASE: Civil

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Samantha D. Elliott

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **August 2, 2023**

8. DATE OF NOTICE OF APPEAL: **September 13, 2023**

9. FEE PAID or IFP: YES [Paid]

10. COURT APPOINTED COUNSEL: NO

11. COURT REPORTER(S):  and DATES:    None

12. TRANSCRIPTS ORDERED/ON FILE: NO

13. HEARING/TRIAL EXHIBITS: NO

14. MOTIONS PENDING: YES  - Motion to Reconsider Order Dismissing Case.

15. GUIDELINES CASE: NO

16. RELATED CASES or CROSS APPEAL:

17. SPECIAL COMMENTS: