```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE


Natalie Anderson, et al

       v.                                    No. 22-cv-264-SE

Patrick Donovan, et al



                    CLERK'S CERTIFICATE TO
                    CIRCUIT COURT OF APPEALS
```

I, Vincent Negron, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the record on appeal to the First Circuit Court of Appeals:

DOCUMENTS NUMBERED: 12, 19-21

The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

If applicable, hearing and/or trial exhibits will be mailed to the First Circuit Clerk's Office.  Certain bulky, weighty and/or physical exhibits will not be mailed absent specific request from the Circuit.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day,

**FCP KGN'L0N[ PEJ , Clerk**

**By: /s/ VincentNegron, Deputy Clerk**

**Sep 14, 2023**