UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
************************************
Natalie Anderson, et al.            *
                                    *
            Plaintiff,              *
    v.                              *   Civil No. 1:22-cv-00264-SE
                                    *
Patrick Donovan, et al.,            *
                                    *
            Defendants.             *
                                    *
************************************
```

## NOTICE OF WITHDRAWAL

I, Jennifer Ramsey, hereby notify the Court of my Withdrawal as counsel for Defendants, Patrick Donovan, NH Professional Conduct Committee, NH Rules Advisory Committee, NH Supreme Court, and Lorrie Platt.

        Respectfully submitted,

        Patrick Donovan, NH Professional Conduct
        Committee, NH Rules Advisory Committee, NH
        Supreme Court, and Lorrie Platt

        By its attorney,

        JOHN M. FORMELLA
        ATTORNEY GENERAL

Dated: April 26, 2024        /s/ *Jennifer Ramsey*
        Jennifer Ramsey, Bar #268964
        Senior Assistant Attorney General
        Civil Bureau
        Department of Justice
        1 Granite Place South
        Concord, NH 03301
        (603) 271-3650
        jennifer.s.ramsey@doj.nh.gov

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent by ECF on April 26, 2024 to counsel of record.

                                             /s/ *Jennifer Ramsey*
                                             Jennifer Ramsey